UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUAN PALOMINOS TORRES,<br><br>　　　　Defendant. | Case No. 17-CR-00156-LHK-1<br><br>**CJA CONTRIBUTION ORDER** |

Having further reviewed defendant's financial affidavit, it appears that defendant is financially able to contribute.

IT IS HEREBY ORDERED THAT:

[X]　THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $25.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

　　[X]　That certain date of May 10, 2017 and the SAME DAY each month thereafter;

　　[X]　MAIL TO:　**Clerk, U.S. District Court,**
　　　　　　　　　　**280 South First Street, Room 2112**
　　　　　　　　　　**San Jose, CA 95113-3095**

　Please indicate that this is a CJA payment and include the case number

Dated: 4/12/2017　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge